# Court of Appeals, State of Michigan

## ORDER

Terri Denise Patterson v William James Patterson III

Docket No. 347415

LC No. 17-003184-DM

Mark J. Cavanagh
Presiding Judge

Cynthia Diane Stephens

Colleen A. O'Brien
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued August 15, 2019, is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 2 1 2019

Date

Chief Clerk